Rehearing granted, July 10, 1997 for the limited purpose of amending opinion

**<u>UNPUBLISHED</u>**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-1410**

SERGEI VLADIROVICH PETRENKO,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals. (A72-415-219)

Submitted: April 15, 1997          Decided: April 29, 1997

Before MURNAGHAN, WILKINS, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sergei Vladirovich Petrenko, Petitioner Pro Se.  Richard Michael
Evans, Anthony Wray Norwood, Ellen Sue Shapiro, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sergei Petrenko petitions for review of a final order of the Board of Immigration Appeals (Board) denying asylum and withholding of deportation. Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. Petrenko v. INS, No. A72-415-219 (B.I.A. Mar. 13, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED